**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Nicholas J. Rivelli, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 24-12968 (PMM) |
| _____ | : | |

# Order Setting Expedited Hearing

**AND NOW**, upon consideration of the Motion to Impose Automatic Stay (doc. # 6, the "Motion") and the request for expedited consideration thereof (doc. #7).

It is hereby **ORDERED** that:

1. The request for expedited consideration is **granted**.

2. A hearing to consider the Motion will be held on **Tuesday, August 27, 2024, at 12:00 noon by Zoom Teleconference**:

https://www.zoomgov.com/j/1600554604?pwd=xbroZGQ318R81qztkSunz4gqZJ6Z8A.1

Meeting ID: 160 055 4604
Passcode: 069222

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee, the individual Respondent, the Debtor, all secured creditors and all priority creditors by e-mail transmission no later than **9:30 a.m. on Tuesday, August 27, 2024.** Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **9:30 a.m. on Tuesday, August 27, 2024** The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 8/27/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**