UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicholas J. Rivelli,　　　　　:　　Chapter 13
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Debtor.　　　　　 :　　Bky. No. 24-12968 (PMM)

# ORDER

**AND NOW,** upon consideration of the Motion to Impose Automatic Stay (doc. #6, the "Motion");

AND an expedited hearing with regard to the Motion having been held on August 27, 2024;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1)　The *in rem* relief Order entered in the Debtor's prior bankruptcy case (doc. #25 in case no. 24-10290) is **vacated**;

2)　The Motion is **granted** subject to the conditions which follow;

3)　The automatic stay, see 11 U.S.C. §362, is imposed and shall remain in place through and including **November 25, 2024** in order to allow the Debtor to form an agreement of sale with regard to property located at 20 Hickory Drive #B1, Horsham, PA 18044 (the "Property");

4)　Homeowner's fees (the "Fees") in the amount of $310.00 per month **shall be paid** by the Debtor to the Sawmill Village Condominium Association (the "Association") on the first day of every month **beginning on September 1, 2024** and continuing on the first day of every month thereafter until sale of the Property takes place;

5)　If the Debtor fails timey to pay the Fees as described in the previous paragraph, the Association may file a certification of default and relief from the stay **will be**

      **granted**.

6)     A status conference (the "Status Hearing") will be held via Zoom teleconference on **Tuesday, October 29, 2024 at 1:00 p.m.**:

https://www.zoomgov.com/j/1600228832?pwd=uh9GbbteVJQgvEcWkc7HktillW32Ty.1

Meeting ID: 160 022 8832
Passcode: 188458

7)     If the Debtor timely files a motion to approve sale of the Property prior to the Status Hearing date, the Status Hearing **shall be canceled**.

**Date: 8/27/24**

*/s/ Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**