## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE **Nicholas Rivelli**
                Debtor.         **:**

**Chapter 13**

BANKRUPTCY   NO. **24-12968-pmm**

_____

### ORDER

AND NOW, this ___25th___ day of ___September___, 2024, upon consideration of the Certification of Default of this Court's Order of August 27, 2024, filed by Sawmill Village Condominium Association, it is hereby **ORDERED** and **DECREED** as follows:

Immediate relief is granted to Sawmill Village Condominium Association from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with all rights and remedies related to Debtor's real estate known as 20 Hickory Drive, Horsham PA, 19044 in accordance with the Declaration of Condominium.

**BY THE COURT**

_Patricia M. Mayer_

_____

**PATRICIA M. MAYER, Bankruptcy Judge**