United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12968-pmm
Nicholas Joseph Rivelli     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 25, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Joseph Rivelli, 20 Hickory Drive, Unit B-1, Horsham, PA 19044-1935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| STEFAN RICHTER | on behalf of Creditor Sawmill Village Condominium Association srichter@clemonslaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nicholas Joseph Rivelli DunneLawOfficesPC@jubileebk.net bestcasestephen@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 25, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE **Nicholas Rivelli**          **Chapter 13**
         Debtor.     **:**     BANKRUPTCY NO. **24-12968-pmm**

**ORDER**

AND NOW, this  25th  day of  September , 2024, upon consideration of the Certification of Default of this Court's Order of August 27, 2024, filed by Sawmill Village Condominium Association, it is hereby **ORDERED** and **DECREED** as follows:

Immediate relief is granted to Sawmill Village Condominium Association from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with all rights and remedies related to Debtor's real estate known as 20 Hickory Drive, Horsham PA, 19044 in accordance with the Declaration of Condominium.

BY THE COURT

_____
**PATRICIA M. MAYER, Bankruptcy Judge**