**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. **24-12968-PMM** |
| | : | |
| | : | Chapter 13 |
| **NICHOLAS JOSEPH RIVELLI** | : | **Hearing Date, Time & Place** |
| Debtor(s) | : | **October 10, 2024 at 9:30am** |
| | : | Via Zoom *unless otherwise directed by the Court* |

**ORDER**

AND NOW, this __10th__ day of __October__ 2024, upon consideration of the Chapter 13 Standing Trustee's Motion to Dismiss *with Prejudice* pursuant to 11 U.S.C. §§ 105, 349 and 1307, and any answer filed thereto, and after a hearing it is

**ORDERED**, that the Motion is GRANTED and the case is hereby DISMISSED.

**ORDERED**, that Debtor, shall seek permission from this Honorable Court for any further future bankruptcy filings for a period of one year from the date of this order.

BY THE COURT

*Patricia M. Mayer*
_____
HON. PATRICIA M. MAYER
BANKRUPTCY JUDGE

**Debtor**
Nicholas Joseph Rivelli
20 Hickory Drive Unit B-1
Horsham, PA 19044

**Debtor's Counsel**
Stephen M. Dunne, Esq.
1515 Market Street Suite 1200
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107