United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                Case No. 24-12968-pmm

Nicholas Joseph Rivelli                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                                                     Page 1 of 3

Date Rcvd: Oct 10, 2024                                    Form ID: pdf900                                                Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Joseph Rivelli, 20 Hickory Drive, Unit B-1, Horsham, PA 19044-1935 |
| cr | + | Sawmill Village Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| 14919367 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 |
| 14919372 | + | Newrez LLC, 1345 Avenue of the Americas, New York, NY 10105-0302 |
| 14919374 | + | Sawmill Village Condominium Association, C/O: Clemons, Richter & Reiss, PC, 2003 S. Easton Road Suite 300, Doylestown, PA 18901-7100 |
| 14919379 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 10 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14919365 | | Email/Text: bncnotifications@pheaa.org | Oct 10 2024 23:54:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14919364 | + | Email/Text: bankruptcy@rentacenter.com | Oct 10 2024 23:55:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14919368 | ^ | MEBN | Oct 10 2024 23:46:56 | KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14922525 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 00:11:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14919370 | | Email/Text: EBN@Mohela.com | Oct 10 2024 23:54:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfiled, MO 63005 |
| 14919369 | ^ | MEBN | Oct 10 2024 23:46:52 | Mariner Finance, LLC, Attn: Bankruptcy, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2483 |
| 14919371 | | Email/PDF: bankruptcy_prod@navient.com | Oct 11 2024 00:12:20 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14929161 | ^ | MEBN | Oct 10 2024 23:46:55 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14919373 | + | Email/Text: bncnotifications@pheaa.org | Oct 10 2024 23:54:00 | PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14919375 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2024 23:54:00 | Shellpoint, PO Box BOX 619063, Dallas, TX 75261-9063 |
| 14919376 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2024 23:54:00 | Shellpoint, 55 Beattie Place 110, Greenville, SC 29601-5115 |
| 14919377 | | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2024 23:54:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14919378 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:12:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14919380 | + | Email/Text: dbogucki@trumark.org | Oct 10 2024 23:55:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14919381 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 10 2024 23:55:00 | VW Credit Inc., 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14920515 | *+ | Sawmill Village Condominium Association, C/O: Clemons, Richter & Reiss, PC, 2003 S. Easton Road Suite 300, Doylestown, PA 18901-7100 |
| 14919366 | ##+ | Ditech Financial LLC, 3000 Bayport Drive Suite 880, Tampa, FL 33607-8409 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| STEFAN RICHTER | on behalf of Creditor Sawmill Village Condominium Association srichter@clemonslaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nicholas Joseph Rivelli bestcasestephen@gmail.com DunneLawOfficesPC@jubileebk.net |
| United States Trustee | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: pdf900 | Total Noticed: 23 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. **24-12968-PMM** |
| | : | |
| | : | Chapter 13 |
| **NICHOLAS JOSEPH RIVELLI** | : | Hearing Date, Time & Place |
| Debtor(s) | : | October 10, 2024 at 9:30am |
| | : | Via Zoom *unless otherwise directed by the Court* |

### ORDER

AND NOW, this __10th__ day of __October__ 2024, upon consideration of the Chapter 13 Standing Trustee's Motion to Dismiss *with Prejudice* pursuant to 11 U.S.C. §§ 105, 349 and 1307, and any answer filed thereto, and after a hearing it is

**ORDERED**, that the Motion is GRANTED and the case is hereby DISMISSED.

**ORDERED**, that Debtor, shall seek permission from this Honorable Court for any further future bankruptcy filings for a period of one year from the date of this order.

BY THE COURT

*Patricia M. Mayer*
_____
HON. PATRICIA M. MAYER
BANKRUPTCY JUDGE

**Debtor**
Nicholas Joseph Rivelli
20 Hickory Drive Unit B-1
Horsham, PA 19044

**Debtor's Counsel**
Stephen M. Dunne, Esq.
1515 Market Street Suite 1200
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107